NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

BRIAN KEITH SAMUEL, DOC #H38159,  )
                                   )
            Appellant,             )
                                   )
v.                                 )          Case No. 2D17-4424
                                   )
STATE OF FLORIDA,                  )
                                   )
            Appellee.              )
_____)

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Andrea M. Norgard of Norgard, Norgard &
Chastang, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Wendy Buffington,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.